39352. City of Columbus, appellant v. Joseph J. Nappi, appellee.

39353. The State of Ohio, appellant v. Joseph J. Nappi, appellee. Franklin County.

39390. Lawrence Fritz, a Minor, et al., appellants v. City of Columbus, appellee. Franklin County.

39310. In re Appropriation for Highway Purposes: P. E. Masheter, Dir. of Hwys., appellant v. Lawrence J. Haley et al., appellees. Hancock County.

39330. In re Estate of Catherine C. Jones: Edwin W. Jones, Exr., et al., appellees v. Louis J. Schneider, Jr., Tax Commr., appellant. Portage County.

39371. Russell R. Bodle, Tax Commr., City of Akron, appellee v. Francis W. Stafford, d. b. a. Stafford Engineering, appellant. Summit County.

39376. Grace Logeman, appellee v. William J. Wagner, Jr., Exr., et al., appellants. Hamilton County.

39387. Ruel L. Johnson, appellant v. Board of Edn. of Canton City School District, appellee. Stark County.

39393. Virginia Tipple, appellee v. M. B. Feren Produce, Inc., appellant. Cuyahoga County.

39394. City Loan & Savings Co., appellant v. Public Finance Corp., appellee. Franklin County.

39399. Pauline Mikula, appellee v. Rosemary Balogh, appellant. Montgomery County.

39400. In re Estate of H. Warner Riddle: Louis J. Schneider, Jr., Tax Commr., appellant v. Hugh W. Riddle et al., Exrs., appellees. Portage County.

39404. George L. Kinser, Admr., appellant v. Brooks J. Hibbitt, appellee. Franklin County.

39409. In re Appropriation for Highway Purposes: P. E. Masheter, Dir. of Hwys., appellant v. Chancey C. Graves et al., appellees. Vinton County.

39460. In re Appeal of Grady T. Smith from Decision of State Personnel Board of Review. Franklin County.

39303. The State of Ohio, appellee v. Carl Eugene Weaver, appellant. Montgomery County. For leave to appeal. Overruled.

39333. The State of Ohio, appellee v. Howard Gamble, appellant. Hamilton County. For leave to appeal. Overruled.

39368. The State of Ohio, appellee v. Jesse Lynn et al., appellants. Cuyahoga County. For leave to appeal. Allowed.

39377. Holiday Enterprises, Inc., appellant v. Liquor Control Commission, appellee. Franklin County. To certify record. Dismissed by agreement of parties.

39384. The State of Ohio, appellant v. Robert K. Domer, appellee. Stark County. For leave to appeal. Overruled.

39397. The State of Ohio, appellee v. Glenn A. Beaumont, Jr., appellant. Clermont County. For leave to appeal. Overruled.